In the Matter of OLGA CUNNINGHAM, Petitioner, v. WILLOWBROOK STATE SCHOOL et al., Respondents.— Motion by petitioner to dispense with printing in a proceeding under article 78 of the Civil Practice Act, commenced in the Richmond County Supreme Court and transferred for disposition to this court pursuant to section 1296 of the Civil Practice Act. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on petitioner's typewritten brief. Petitioner is directed to file six copies of her brief and to serve one copy on the Attorney-General. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

In the Matter of the Arbitration between SAMUEL MARTZ, Respondent, and MORRIS L. MARTZ, Appellant, and BENJAMIN MARTZ, Respondent.— Motion to dismiss appeal from order, dated January 19, 1960, granted, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of CHARLES MEINECKE, Respondent, v. JOHN M. BECKMANN, as Police Commissioner of Nassau County, Appellant.— Oral motion to dismiss appeal, made by petitioner-respondent on the argument of the appeal, denied, without costs (see Matter of Meinecke v. Beckmann, post, p. 787). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of the Estate of MARY C. KING, Deceased. OSCAR STOFFREIDEN, Appellant; HELEN K. DALY et al., Respondents.— Motion by respondents Daly and Peterson to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

(A) JOYCE KITTINGER, Appellant, v. HOTEL ST. GEORGE CORPORATION, Respondent. (B) INGRID PETTERSEN, Respondent, v. SALVATION ARMY, INC., Appellant.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Also Known as CONSTANCE P. ALESSANDRELLO, Respondent, v. ELVIRA INNAMORATI, Appellant. — Respondent's oral motion, made on calendar call, to dismiss the appeal, granted and appeal dismissed; there being no appearance for appellant and appellant having failed to comply with the order of this court, dated November 7, 1960, requiring her to perfect her appeal for the January 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

MARGARET R. POULTER et al., Respondents, v. VINCENT J. MASULLO, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

THOMAS PUMA, Respondent, v. NEW YORK DOCK COMPANY et al., Appellants.— Motion by respondent to dismiss appeal of New York Dock Company denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.